**MANDATE**

D. Conn. /NHCT
01-cr-292
Hall, J.

FILED

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

2007 JAN 29 P 1: 53

U.S. DISTRICT COURT
NEW HAVEN, CT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 9th day of JANUARY, two thousand seven

Present:

    Hon. Dennis Jacobs,
        *Chief Judge,*
    Hon. Guido Calabresi,
        *Circuit Judge,*
    Hon. Joseph F. Bianco,[*]
        *District Judge.*

(FILED JAN - 9 2007, UNITED STATES COURT OF APPEALS SECOND CIRCUIT, Thomas Asreen, Acting Clerk)

In re Thomas Holman,

        Petitioner.

06-4457-op

Petitioner, *pro se*, has filed a motion for *in forma pauperis* status and a petition for a writ of mandamus. Upon due consideration, it is ORDERED that the motion for *in forma pauperis* status is GRANTED for the purpose of filing the petition. It is further ORDERED that the petition is DENIED because the Petitioner does not present an exceptional case warranting the requested relief. *See In re von Bulow*, 828 F.2d 94, 96 (2d Cir. 1987). However, the Petitioner is notified that, in March 2004, this Court summarily affirmed his criminal conviction and, in April 2004, this Court closed the Petitioner's appeal.

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by _____
    DEPUTY CLERK

FOR THE COURT:
Thomas Asreen, Acting Clerk
By: _____ Lucille Carr

[*]The Honorable Joseph F. Bianco, United States District Court for the Eastern District of New York, sitting by designation.

SAO KMF

JAN 9 2007

ISSUED AS MANDATE: 1/9/07