UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2008 JUL 25 P 4: 22
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES OF AMERICA : Case No. 3:01 CR 292 (JCH)

v.

THOMAS HOLMAN

## MOTION FOR APPOINTMENT OF COUNSEL FOR CRACK COCAINE SENTENCE REDUCTION

Thomas Holman, Pro Se, respectfully requests that this court appoint cousel pursuant to the Criminal Justice Act, Title 18 U.S.C. §3006 (A) and the Sixth Amendment of the U.S. Constitution.

I assert under penalty of perjury that I am presently incarcerated at F.C.I. Coleman-Low, Federal Correctional Institute, located at P.O. Box 1031, Coleman, FLa. 33521, and I am unable to afford counsel to assist me in this matter. I seek counsel so that I may file a motion for sentence modification under U.S. Sentencing Guideline §1B1.10 (b)(2)(B) as modified by the Sentencing Commission's retroactive guidelines for cocaine based offenses.

It is Petitioner's understanding that his former attorney, Jon L. Schoenhorn, is on this court's CJA list of approved attorneys for court appointment, and Petitioner would therefore respectfully request that the court grant my motion and appoint Mr. Schoenhorn for Petitioner's representation in this matter.

Respectfully submitted this 21 day of July, 2008

_____
Thomas Holman #53490-083
FCI Coleman Low
P.O. Box 1031
Coleman, FL 33521