MOTION OF STATUS
OF PENDING MOTION
FOR APPOINTMENT OF
COUNSEL

FILED

2008 AUG 25 P 3:08

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.

THOMAS HOLMAN

CASE NO. 3:CR00292(JCH)

Comes now, the Defendant, Thomas Holman, Pro-se, enters this Motion of Status of his pending Motion for appointment of Counsel. It is the Petitioner's understanding that his former attorney, Jon L. Schoenhorn, is on this court's CJA list of approved attorneys for court appointment, and the Petitioner would therefor respectfully request that the court grant my motion and appoint Mr. Schhoenhorn for Petitioners representation in this matter. I feel that I may be entitled to the benefits of the recent amendment to the "crack" cocaine laws.

Thanking you in advance

Thomas Holman
—————————————
Thomas Holman

Thomas Holman
Federal Correction Complex
P.O. Box 1031
Coleman, Fl. 33521